25850. LOVELL v. CITY OF GRIFFIN.

MACINTYRE, J. The Supreme Court of the United States having reversed the decision and judgment of this court of March 11, 1937 (*Lovell* v. *City of Griffin,* 55 *Ga. App.* 609, — U. S. — ), it is hereby ordered that the judgment of the Supreme Court of the United States be made the judgment of this court; and in consequence the judgment of this court

in said case rendered on March 11, 1937, is vacated, and the judgment of the superior court of Spalding County is reversed.

*Judgment reversed. Broyles, C. J., and Guerry, J., concur.*

DECIDED MAY 12, 1938.

H. A. *Allen,* John O. *Owen,* Charles G. *Reynolds,* for plaintiff in error. J. O. *Futral,* contra.